# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>OLIVIA TAMAYO,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>HARRIS FARMS, INC.,<br><br>    Defendant. | CIV F 02-6199 AWI LJO<br><br>ORDER VACATING HEARING DATE OF JUNE 27, 2005, AND TAKING MATTERS UNDER SUBMISSION |

Currently pending before the Court are multiple post-trial motions by the parties that are scheduled to be heard on June 27, 2005. The court has reviewed the moving papers with respect to Defendant's Motion for New Trial, Motion to Amend Judgment, and Renewed Motion for Judgment As A Matter of Law and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the hearing date of June 27, 2005, is VACATED, and the parties shall not appear at that time. As of June 27, 2005, the Court will take the above defense motions under submission and will thereafter issue its decision.

New hearing dates or orders for additional briefing on remaining pending motions will be set or ordered as may be necessary following resolution of Defendant's motions.

IT IS SO ORDERED.

**Dated:** **June 23, 2005**    **/s/ Anthony W. Ishii**
0m8i78               UNITED STATES DISTRICT JUDGE