IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>OLIVIA TAMAYO,<br><br>   Plaintiff-Intervenor,<br><br>   v.<br><br>HARRIS FARMS, INC.,<br><br>   Defendant. | CIV F 02-6199 AWI LJO<br><br>ORDER MOVING HEARING ON PLAINTIFF-INTERVENOR'S MOTION FOR ATTORNEYS FEES AND PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |

A hearing on Plaintiff-Intervenor Olivia Tamayo's Motion for Attorneys Fees and Plaintiff EEOC's Motion for Injunctive Relief is currently set for July 29, 2005, at 9:00 a.m.

The court has determined that it is necessary to reschedule the hearing on these motions. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 29, 2005, is VACATED. The Court will issue new dates for a hearing on these matters in a subsequent order.

IT IS SO ORDERED.

**Dated:   July 28, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE