IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>OLIVIA TAMAYO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>HARRIS FARMS, INC.,<br><br>Defendant. | CIV F 02-6199 AWI LJO<br><br>**ORDER CLARIFYING ORDER OF AUGUST 30, 2005** |

Currently pending before the court are Plaintiffs's motion to amend judgment to include equitable relief and Plaintiff Intervenor's motion for attorney's fees. On August 30, 2005, the Court signed an order entitled "**ORDER MOVING HEARING ON PLAINTIFF-INTERVENOR'S MOTION FOR ATTORNEYS FEES AND PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**." The body of the order, however, dealt only with the motion for injunctive relief. For purposes of clarification, the September 26, 2005, hearing date set in the August 30, 2005, order pertains only to Plaintiffs's motion for injunctive relief. The Court will set a separate hearing date on Plaintiff's motion for attorney's fees at a later time.

IT IS SO ORDERED.

**Dated:   August 31, 2005**                     /s/ Anthony W. Ishii

ciem0h                                    UNITED STATES DISTRICT JUDGE

2