IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>OLIVIA TAMAYO,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>HARRIS FARMS, INC.,<br><br>    Defendant. | CIV F 02-6199 AWI LJO<br><br>**ORDER ON MOOT MOTIONS**<br><br>(Documents 82 and 84) |

    In connection with Defendant's motion for summary judgment, Plaintiff filed a motion to strike portions of John Harris's affidavit, see Doc. No. 82, and Defendant filed a motion to strike expert testimony. See Doc. No. 84. The Court denied Defendant's motion for summary judgment, see Doc. No. 97, and this case proceeded to a jury verdict. In the Court's order on summary judgment, the Court indicated that the result would be the same irrespective of the evidence that was the subject of the respective motions to strike. See id. Accordingly, the Court stated that it was unnecessary to rule on those motions. See id.

    An administrative review of the record in this case shows that documents 82 and 84 have been administratively termed as outstanding motions. In light of the Court's order denying Defendant's motion for summary judgment and the jury verdict in this case, documents 82 and

84 are moot.  To address this administrative anomaly, the Court will dispose of these motions.

Accordingly, IT IS HEREBY ORDERED that the motions found in the Court's docket of this case as documents 82 and 84 are DENIED as moot.

IT IS SO ORDERED.

**Dated:    September 6, 2005**                                    /s/ **Anthony W. Ishii**
0m8i78                                                                           UNITED STATES DISTRICT JUDGE