# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>OLIVIA TAMAYO,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>HARRIS FARMS, INC.,<br><br>    Defendant. | CIV F 02-6199 AWI LJO<br><br>ORDER SETTING HEARING ON PLAINTIFF-INTERVENOR'S MOTION FOR ATTORNEYS FEES TO NOVEMBER 7, 2005 |

In accordance with the Court's order of Augst 31, 2005, the Court sets the following dates with respect to Plaintiff-Intervenor Olivia Tamayo's Motion for Attorneys Fees:

IT IS HEREBY ORDERED that:

1. Plaintiff-Intervenor may submit evidence of attorneys fees that have accrued since Plaintiff-Intervenor filed her motion for attorneys fees in this case by 4:00 p.m. October 17, 2005;

2. Defendant may file an opposition to Plaintiff-Intervenor's additional submissions by 4:00 p.m. October 24, 2005;

3. Plaintiff-Intervenor may file a reply to Defendant's original opposition and to the

additional October 24, 2005, opposition on or by 4:00 p.m. October 31, 2005; and

4. The hearing on Plaintiff-Intervenor's Motion for Attorneys Fees will be held on November 7, 2005, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   October 3, 2005**             **/s/ Anthony W. Ishii**
0m8i78                                                   UNITED STATES DISTRICT JUDGE

2