IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIV F 02-6199 AWI LJO |
| Plaintiff, | ) ) ) | ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR TEMPORARY STAY OF |
| OLIVIA TAMAYO, | ) ) | ORDER AMENDING JUDGMENT TO INCLUDE |
| Plaintiff-Intervenor, | ) ) | EQUITABLE RELIEF |
| v. | ) ) | |
| HARRIS FARMS, INC., | ) ) | |
| Defendant. | ) ) ) | |

On October 7, 2005, Defendant filed an ex parte application for a temporary stay of the order amending judgment to include equitable relief. The ex parte application requested a stay so that Defendant could file and have ruled upon a Rule 62(c) motion. No opposition or response has been filed. At this time, the Court is unaware why a temporary stay for the filing and ruling upon of a Rule 62(c) motion would be unreasonable.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's ex parte application for temporary stay is GRANTED and the equitable and injunctive relief outlined in the Court's September 30, 2005, Order on Plaintiff's Motion to Amend Judgment to Include Equitable Relief is stayed pending resolution of Defendant's to be filed Rule 62(c) motion;

1  2.  Defendant may file a Rule 62(c) motion on or by 4:00 p.m., October 24, 2005;

2  3.  Any opposition to Defendant's motion may be filed on or by 4:00 p.m., November

3      7, 2005;

4  4.  Any reply may be filed on or by 4:00 p.m., November 14, 2005; and

5  5.  The hearing on Defendant's motion will be November 21, 2005, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:**   **October 13, 2005**              /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

2