# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>OLIVIA TAMAYO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>HARRIS FARMS, INC.,<br><br>Defendant. | CIV F 02-6199 AWI LJO<br><br>ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR AN ADDITIONAL SEVEN DAYS IN WHICH TO FILE A RULE 62(c) MOTION |

On October 17, 2005, Defendant filed an ex parte application for an additional seven days in which to file its Rule 62(c) motion. Defendant requests an additional seven days because of the court reporter's schedule. Defendant offers to have its time to file a reply cut so that the November 21, 2005, hearing date may be kept. Plaintiffs have filed an opposition to Defendant's request. Plaintiffs argue that Defendant should have requested transcripts sooner, that any additional information from the transcripts would not be relevant to Defendant's Rule 62(c) motion, and that Plaintiffs would be harmed if the extension was granted as they would only have one week, instead of two, in which to respond to Defendant's motion.

Irrespective of the validity or invalidity of Plaintiffs's additional arguments, Plaintiffs should not have their time to respond to Defendant's motion cut. This harm, however, can be

avoided by shortening Defendant's time to file a reply, which Defendant agreed to do in its ex parte application.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant may file a Rule 62(c) motion on or by 4:00 p.m., October 31, 2005;

2. Any opposition to Defendant's motion may be filed on or by 4:00 p.m., November 14, 2005; and

4. Any reply may be filed on or by 12:00 p.m. (Noon), November 17, 2005.

IT IS SO ORDERED.

Dated:     **October 19, 2005**             /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE

2