IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIV F 02-6199 AWI LJO |
| Plaintiff, | ) ) | ORDER VACATING HEARING DATE OF NOVEMBER 7, 2005, AND TAKING MATTER UNDER SUBMISSION |
| OLIVIA TAMAYO, | ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| HARRIS FARMS, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

        Plaintiff-Intervenor Olivia Tamayo has noticed for hearing and decision a motion for attorney's fees.  The matter was scheduled for hearing to be held on November 7, 2005.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 7, 2005, is VACATED, and the parties shall not appear at that time.  As of November 7, 2005, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    **November 2, 2005**            _____/s/ Anthony W. Ishii_____
0m8i78                                            UNITED STATES DISTRICT JUDGE