IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>OLIVIA TAMAYO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>HARRIS FARMS, INC.,<br><br>Defendant. | CIV F 02-6199 AWI LJO<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 21, 2005, AND TAKING MATTER UNDER SUBMISSION |

Defendant has noticed for hearing and decision a motion for stay of injunction pending appeal. The matter was scheduled for hearing to be held on November 21, 2005. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 21, 2005, is VACATED, and the parties shall not appear at that time. As of November 21, 2005, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 17, 2005**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE