IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>OLIVIA TAMAYO,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>HARRIS FARMS, INC.,<br><br>    Defendant. | CIV F 02-6199 AWI LJO<br><br>ORDER VACATING HEARING DATE OF APRIL 17, 2006, AND TAKING MATTERS UNDER SUBMISSION |

    Currently pending before the Court is Plaintiff-Intervenor's motion to amend award of attorney's fees which is scheduled to be heard on April 17, 2006.  The court has reviewed the moving papers with respect to Plaintiff-Intervenor's motion to amend and has determined that the matter is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the hearing date of April 17, 2006, is VACATED, and the parties shall not appear at that time.  As of April 17, 2006, the Court will take the above motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   April 11, 2006**                      /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE