Lowell T. Carruth, # 034065
Todd W. Baxter, # 152212
Scott M. Reddie, # 173756
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Richard D. Alaniz
Alaniz & Schraeder LLP
2500 City West Boulevard, Suite 1000
Houston, TX  77042
Telephone:     (281) 531-0927
Facsimile:      (281) 531-8024

Attorneys for Defendant
HARRIS FARMS, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>              Plaintiff,<br><br>OLIVIA TAMAYO,<br><br>              Plaintiff-Intervenor,<br><br>     v.<br><br>HARRIS FARMS, INC.,<br><br>              Defendant. | Case No.  1:02-CV-6199 AWI/LJO<br><br>**STIPULATION TO INCLUDE DVD TESTIMONY OF RENE RODRIGUEZ SR. AS PART OF THE WRITTEN APPELLATE RECORD; ORDER THEREON** |

      Harris Farms, Inc., Defendant/Appellant ("Harris Farms"), Equal Employment Opportunity Commission, Plaintiff/Appellee ("EEOC"), and Olivia Tamayo, Plaintiff-Intervenor/Appellee ("Tamayo"), by and through their counsel, hereby stipulate as follows:

      1.    Following a 23 day jury trial, this Court entered judgment in favor of EEOC and Tamayo and against Harris Farms pursuant to an order dated January 25, 2005.

      2.    During Day 12 of the trial, which took place on December 17, 2004, EEOC and Tamayo played for the jury two DVDs, which consisted of portions of the videotaped deposition of Rene Rodriguez that was originally taken on January 7, 2004 and January 8, 2004.  The DVDs

approximately three hours of deposition testimony. However, the citations to the actual deposition transcript are not contained on the DVDs.

   3. Prior to playing both DVDs for the jury, the parties agreed that the Court Reporter need not transcribe the testimony from the DVD. Furthermore, the parties never formally filed a list of the actual citations to the deposition transcript that were used in creating the two DVDs with the Court.

   4. On September 23, 2005, Harris Farms filed a notice of appeal in this matter. The appeal has been assigned Ninth Circuit Court of Appeal case number 05-16945. As part of its appeal, Harris Farms must present the Ninth Circuit with a complete written record of all of the testimony that was presented to the jury, including the testimony from the DVDs that were presented to the jury.

   5. Harris Farms, EEOC and Tamayo hereby agree and stipulate that the DVD testimony of Rene Rodriguez that was played for the jury on December 17, 2004 consists of the following deposition pages and lines: 4:6-9, 5:2-10, 6:1-2, 8:23-9:1, 9:11-24, 10:13-11:11, 11:16-19, 16:1-10, 25:22-24, 49:10-14, 51:18-52:20, 104:20-21, 109:3-110:25, 111:12-113:19, 115:24-116:8, 118:7-19, 126:2-128:25, 129:9-17, 130:2-132:7, 133:12-134:6, 136:11-142:8, 142:18-143:25, 153:12-155:3, 155:9-159:14, 161:7-174:22, 175:12-176:18, 176:25-185:6, 186:2-24, 187:24-190:8, 191:1-214:24, 215:15-16, 216:16-217:23, 218:14-220:25, and 223:10-227:9. True and correct copies of these deposition pages are attached hereto to this stipulation. Lines on the attached pages that were not presented to the jury have been redacted.

   6. The parties to this stipulation further stipulate that the attached deposition pages are declared part of the written record on appeal and that any of the parties may rely on and cite to the testimony contained in the attached deposition pages for purposes of this appeal. Harris Farms will include a copy of this stipulation along with the attached deposition pages in the excerpts of record that will be filed with its opening brief.

   IT IS SO STIPULATED.

Dated: May 22, 2006                                By: /s/ Scott M. Reddie
                                                   Scott M. Reddie,
                                                   Attorneys for Harris Farms

Dated:     May 22, 2006                            By: /s/ Linda Ordonio-Dixon
                                                   Linda Ordonio-Dixon,
                                                   Attorneys for EEOC

Dated: May 22, 2006                                By: /s/ William Smith
                                                   William Smith,
                                                   Attorneys for Olivia Tamayo

IT IS HEREBY ORDERED AS FOLLOWS:

1. The deposition testimony contained on the redacted deposition transcript pages from the deposition of Rene Rodriguez that are attached hereto to the parties' Stipulation was presented to the jury on December 17, 2004 during the trial of this matter;

2. The redacted deposition pages are part of the record for purposes of the appeal in this matter.

IT IS SO ORDERED.

Dated:   **May 24, 2006**                                  **/s/ Anthony W. Ishii**

0m8i78                                             UNITED STATES DISTRICT JUDGE