1  William J. Smith, SBN: 056116
   Shelley G. Bryant., SBN: 222925
2  Amanda B. Newell, SBN: 251160
   W.J. SMITH & ASSOCIATES, INC.
3  2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
4  Telephone:  559-432-0986
   Facsimile:  559-432-4871
5

6  Attorneys for Petitioner and Inventor OLIVIA TAMAYO

7

8               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
9

10 EQUAL EMPLOYMENT OPPORTUNITY              **Case No. CIV-F-O2-6199 AWI LJO**
   COMMISSION,
11
                   Plaintiff, and           **ORDER APPROVING THE OLIVIA**
12                                          **TAMAYO QUALIFIED SETTLEMENT**
                                            **FUND**
13 OLIVIA TAMAYO

14                 Intervenor

15      v.

16 HARRIS FARMS, INC.
17                 Defendants.

18

19

20      The Court, having reviewed the submissions of the parties, and finding good cause to do so,

21 HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

22      1.     The Court approves the establishment of the Olivia Tamayo Qualified Settlement

23 Fund (the "Tamayo QSF") attached as Exhibit 1 to Tamayo's PETITION FOR APPROVAL OF THE

24 OLIVIA TAMAYO QUALIFIED SETTLEMENT FUND.

25      2.     The terms of the Tamayo QSF shall be carried out immediately.

26      3.     The Tamayo QSF shall be governed by the terms set forth in Exhibit 1 to Tamayo's

27 PETITION FOR APPROVAL OF THE OLIVIA TAMAYO QUALIFIED SETTLEMENT FUND,

28 Internal Revenue Code Section 468B, and Treasury Regulation Sections 1.468B-1 through 1.468B-5.

4. The Court shall retain continuing jurisdiction over the Tamayo QSF, pursuant to Treasury Regulation Section 1.468B-1(c)(1) and over its Trustee and Administrator, Ken Labendeira, of MOORE GRIDER & COMPANY, 325 East Sierra Avenue, Fresno, California 93710, Phone: (559) 440-0700.

IT IS SO ORDERED.

**Dated:   October 28, 2008**            /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE