**WILLIAM J. SMITH #056116**
**TINA R. GRIFFIN, #210328**
**W. J. SMITH & ASSOCIATES**
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone (559) 432-0986
Facsimile (559) 432-4871

Attorney for Intervenor, OLIVIA TAMAYO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff, and<br><br>OLIVIA TAMAYO,<br><br>　　　　Intervenor,<br><br>v.<br><br>HARRIS FARMS, INC.,<br><br>　　　　Defendant. | Case No. CIV-F-O2-6199 AWI LJO<br><br>**SATISFACTION OF JUDGMENT** |

　　　Intervenor, Olivia Tamayo, hereby warrants that Defendant HARRIS FARMS, INC., has satisfied the Judgment, costs, and attorney's fees on all claims raised by Intervenor, Olivia Tamayo, in the instant lawsuit.

DATED:　　　December 2, 2008　　　　W. J. SMITH & ASSOCIATES


　　　　　　　　　　　　　　　　　　　　　　　WILLIAM J. SMITH, Attorneys for Intervenor
　　　　　　　　　　　　　　　　　　　　　　　OLIVIA TAMAYO